UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

MICHELLE LEE QUICKERY
   *Debtor(s)*

Case No.: 21-30987-pes
Chapter 13

## Order of Dismissal

On January 22, 2025, Trustee Tracy L Updike filed a Trustee's Affidavit of Default pursuant to the Agreed Order Resolving Trustee's Motion to Dismiss, Docket #80.

IT IS ORDERED THAT this Chapter 13 case is dismissed.

Any order to employer to pay trustee which may be in force is terminated. It is the debtor(s)' responsibility to notify the employer that the order to employer to pay trustee is terminated.

Any entity wishing to file a request for an administrative expense shall do so within 14 days of this date.

Dated: January 24, 2025

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court